**People of the State of Illinois, Plaintiff-Appellee, v. John J. Rooney, Defendant-Appellant.**

**Gen. No. 67–23. (Abstract of Decision.)**

Fifth District.

January 10, 1968.

Robert F. Godfrey, of East St. Louis, for appellant; John M. Karns, Jr., State's Attorney of St. Clair County, of Belleville (Kenneth J. Juen, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.